USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DR. JOSEPH MERCOLA, DO,

                                    Plaintiff,

                    -against-                                    25-cv-4355 (LAK)

VIJI VARGHESE, et al.,

                                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

   Plaintiff has filed what he designates as a renewed motion for a preliminary injunction and, separately, a proposed order to show cause. The latter incorrectly incorporates the initials GHW following the docket number, which indicates that the case is assigned to Judge Woods, and purports to make the requested order to show cause returnable before Judge Woods.

   This case is assigned to the undersigned, not Judge Woods.[1] Moreover, the case was referred on June 10, 2025 to Magistrate Judge Jennifer Willis for "General Pretrial", which as the docket sheet states, "includes scheduling, discovery, non-dispositive pretrial motions, and settlement) and Dispositive Motion[s] (i.e., motion requiring a Report and Recommendation). All such motions."

   The proposed order to show cause does not comply with Local Civ. R. 6.1(d).

   Finally, the docket sheet gives no indication that any defendant has been served with the summons and complaint notwithstanding that this action now has been pending for nearly four months.

   In all the circumstances, the motion for a preliminary injunction and the request for an order to show cause (Dkts 40 and 41) both are denied without prejudice. Any further motion shall be made to Magistrate Judge Willis unless otherwise ordered.

   SO ORDERED.

Dated:   September 9, 2025

               Lewis A. Kaplan
               United States District Judge

---

[1] Judge Woods in July, acting only as the Part I judge, signed an order in this case in the absence of the undersigned.