**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MERCOLA,

                Plaintiff,                          **ORDER**

      -against-                         **25-CV-4355 (LAK) (JW)**

VARGHESE *et al.*,

                Defendants.
----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Due to a scheduling conflict, the order to show cause, previously scheduled for November 21, 2025, is rescheduled to **December 1, 2025 at 10:30 AM**. The Parties are to appear in courtroom 228 at the Thurgood Marshall United States Courthouse at 40 Foley Square, New York, New York 10007.

      SO ORDERED.

DATED:    New York, New York
              November 7, 2025

                                                                _____
                                                                JENNIFER E. WILLIS
                                                                United States Magistrate Judge