UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MERCOLA,

                    Plaintiff,                      **ORDER**

         -against-                    **25-CV-4355 (LAK) (JW)**

VARGHESE *et al.*,

                    Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's letter motion to adjourn the order to show cause conference on December 1, 2025. Plaintiff's request to adjourn the conference to **December 12, 2025, at 10:30 AM** is GRANTED. The Parties are to appear in courtroom 228 at the Thurgood Marshall United States Courthouse at 40 Foley Square, New York, New York 10007.

      The Clerk of Court is respectfully requested to close Dkt. No. 61.

      SO ORDERED.

DATED:    New York, New York
               November 12, 2025

                                                       */s/ Jennifer E. Willis*
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge