UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MERCOLA,

                              Plaintiff,

                    -against-

VARGHESE *et al.*,

                            Defendants.
-----------------------------------------------------------------X

**ORDER**

**25-CV-4355 (LAK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Plaintiff Joseph Mercola and Defendants BCube Tech, LLC and Michael Pearson (collectively, "the present Parties"), by way of counsel, appeared before the Court for an order to show conference regarding Plaintiff's renewed preliminary injunction motion on December 12, 2025. Defendants Viji Varghese, John Edward Gliha, Amparo North, LLC, Royal Amparo, DMCC, and Alpha Yield Capital, LLC were not present for this conference.

During the conference, Plaintiff requested leave to file an amended order to show cause and an amended expedited discovery request, which the Court granted. The parties also jointly consented to meet and confer to narrow the scope of Plaintiff's requests. As such, the Court need not issue a report and recommendation regarding the outstanding renewed preliminary injunction at this time. For reasons stated more fully on the record, the Court orders the following:

- The parties are ordered to meet and confer and make a good faith effort to narrow the scope of Plaintiff's expedited discovery and order to show cause by **December 29, 2025**;

- Plaintiff is directed to file an updated order to show cause and expedited discovery request by **December 29, 2025;**

- The parties are directed to order a transcript of the December 12th conference and email a courtesy copy to WillisNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

DATED:    New York, New York
          December 12, 2025

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge