

**NIXON PEABODY**

Nixon Peabody LLP
677 Broadway, 10th Floor
Albany, NY 12207-2996

**Daniel J. Hurteau**
Partner

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

T / 518.427.2652
F / 866.947.0687
dhurteau@nixonpeabody.com

December 29, 2025

**VIA ECF**

The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

> This request is GRANTED *nunc pro tunc.* SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> December 30, 2025

**RE:  *Dr. Joseph Mercola, DO v. Viji Varghese, et al.*; Case No. 1:25-cv-04355-LAK-JW;**
       **Joint Letter Motion for Extension of Time as to Amended Order to Show Cause**

Dear Judge Willis:

We write on behalf of Plaintiff Dr. Joseph Mercola, DO ("Plaintiff") in the above-referenced action.  Plaintiff requests a one-week extension of time to file an Amended Proposed Order to Show Cause by January 5, 2025, per the Court's Order dated December 12, 2025.  *See* ECF No. 78.  The Amended Proposed Order to Show Cause is currently due by December 29, 2025.  Defendants' counsel, Stephen H. Nakamura, Esq., consents to this request.  This is the first request for an extension of time to file the Amended Proposed Order to Show Cause.

On December 12, 2025, the Court directed the parties to meet and confer and make a good faith effort to narrow the scope of Plaintiff's expedited discovery and order to show cause by December 29, 2025.  The Court further directed Plaintiff to file an "updated order to show cause and expedited discovery request by December 29, 2025[.]" ECF No. 78.  On December 22, 2025, the parties participated in a meet and confer and good faith discussions to narrow the scope of Plaintiff's expedited discovery and order to show cause.  On December 23, 2025, Plaintiff provided Defendants with an initial set of proposed discovery requests; and yesterday Defendants' counsel provided his comments to those proposed requests.

Plaintiff respectfully submits that good cause supports this request as additional discussions regarding the scope of proposed discovery are required to narrow the scope of Plaintiff's expedited discovery and order to show cause.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Daniel Hurteau*

Daniel J. Hurteau
Partner

cc: All Counsel of Record via ECF