# Merle, Brown & Nakamura, P.C.

Attorneys at Law

18 East 41st Street, Suite 802
New York, New York 10017

PIERRE F.V. MERLE +
GEORGE R. BROWN V
STEPHEN H. NAKAMURA
SCOTT K. MCCLAIN ^

Telephone: (212) 471-2990
Telefax: (212) 471-2997

THEODORE P. NIKOLIS
OF COUNSEL

+ Retired
^ Also admitted in New Jersey and Pennsylvania

> This request is GRANTED.  The order to show cause hearing is adjourned to **March 11, 2026 at 1:30 PM.** SO ORDERED.
>
> *Jennifer E. Willis*
>
> JENNIFER E. WILLIS
> United States Magistrate Judge
> February 19, 2026

**VIA ECF**

February 17, 2026

Hon. Jennifer E. Willis, U.S.M.J.
United States District Court, S.D.N.Y.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 228
New York, NY 10007

Re:    *Mercola v. Varghese, et al.*, Case No. 25-cv-04355-LAK-JW
      **Request to Reschedule Order to Show Cause for Renewed**
      **Preliminary Injunction Hearing**

Dear Judge Willis:

We represent defendants BCube Tech, LLC ("BCube") and Michael Pearson ("Pearson"). Pursuant to Sections I(B) and (C) of the Court's Individual Practices in Civil Cases, we respectfully request an adjournment of the hearing presently scheduled for February 26, 2026 in connection with Plaintiff's Proposed Order to Show Cause for Renewed Preliminary Injunction (ECF No. 87).

The basis for this request is a scheduling conflict.  Undersigned counsel is scheduled to commence a jury trial on February 23, 2026 in New York State Supreme Court before the Honorable Justice Waterman-Marshall.  The trial is scheduled to proceed on February 23, 25, 26, and 27.  The trial was previously scheduled to begin on January 22, 2026, but was adjourned during jury selection and rescheduled to February 23, 2026.

There have been no prior requests to adjourn the February 26 hearing.  Plaintiff does not consent to this request.  Plaintiff's counsel has stated that they object to any adjournment on the grounds that (1) the case has been pending for several months, (2) Defendants' notice of the scheduling conflict was untimely, and (3) Plaintiff opposes any further delay.

MERLE, BROWN & NAKAMURA, P.C.

In view of the foregoing, Defendants respectfully request that the February 26, 2026 hearing be rescheduled to February 24, March 3, March 4 (morning or late afternoon), March 5, March 6, or such other date as is convenient for the Court.  We thank the Court for its consideration.

Respectfully submitted,

Stephen Nakamura

2