UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MERCOLA,

                         Plaintiff,

              -against-

VARGHESE *et al.*,

                        Defendants.
-----------------------------------------------------------------X

                                       **ORDER**

                           **25-CV-4355 (LAK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    Plaintiff Joseph Mercola and Defendants BCube Tech, LLC and Michael Pearson (collectively, "the present Parties"), by way of counsel, appeared before the Court for a second order to show conference regarding Plaintiff's renewed preliminary injunction motion on March 11, 2026. Defendants Viji Varghese, John Edward Gliha, Amparo North, LLC, Royal Amparo, DMCC, and Alpha Yield Capital, LLC were not present for this conference.

    During the conference, Plaintiff revealed that he was withdrawing his current order to show cause regarding the renewed request for a preliminary injunction. Plaintiff also revealed that he had arrived at the conference with a third proposed order to show cause, which neither the Court nor opposing counsel had previously seen.

    Because the order to show cause was withdrawn, the Court need not rule on it. For reasons more fully stated on the record, the Court orders the following:

- Plaintiff stated that he is seeking leave to file a third amended OTSC for a preliminary injunction. Plaintiff is directed to file a letter by **March 18, 2026**, explaining why and on what grounds he is seeking such a request. In the event

Plaintiff no longer wishes to pursue a preliminary injunction, Plaintiff should note that in the March 18th letter.

- In Plaintiff's reply in support of his renewed motion for preliminary injunction at Dkt. No. 102, Plaintiff cited to SEC v. Telegram Grp. Inc., 448 F. Supp. 3d 352, 363–64, 381–82 (S.D.N.Y. 2020), with the following parenthetical: "digital assets' 'ease of transfer' and 'global, immediate, and anonymous movement' support injunctions." Dkt. No. 102 at 7. After looking on Westlaw, the Court could not find the quoted language in that case or any other case. To that end, Plaintiff is ordered to file a letter with an accompanying declaration by **March 16, 2026**, explaining how and why this non-existent quoted language was cited in a brief filed with the Court.

- Plaintiff is directed to order a transcript of the March 11th proceeding and is to provide a copy to opposing counsel and to the Court.

**The Clerk of Court is respectfully requested to close Dkt. No. 43.**

SO ORDERED.

DATED:    New York, New York
          March 12, 2026

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge

2