**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MERCOLA,

                                   Plaintiff,

                                                                         **ORDER**

          -against-

                                                                         **25-CV-4355 (LAK) (JW)**

VARGHESE *et al.*,

                                   Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Defendant Alpha Yield Capital, LLC's ("Alpha Yield")

motion to vacate entry of default at Dkt. No. 122.  Given that Plaintiff's motion for

default has not been entered and that Alpha Yield was served per Dkt. No. 153, Alpha

Yield's request is **DENIED** as premature.

**The Clerk of Court is respectfully requested to close Dkt. No. 122.**

SO ORDERED.

DATED:     New York, New York
           March 19, 2026

                                                        *Jennifer E. Willis*
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge