UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MERCOLA,

                              Plaintiff,                                **ORDER**

            -against-
                                                          **25-CV-4355 (LAK) (JW)**
VARGHESE *et al.*,

                              Defendants.
----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

        The Court is in receipt of Defendant Alpha Yield Capital, LLC's ("Alpha Yield")

motion to vacate entry of default at Dkt. No. 164.  As an LLC, Alpha Yield must obtain

counsel to proceed in this case pursuant to 28 U.S.C. § 1654.  Because Alpha Yield

filed this motion *pro se*, Alpha Yield's request is **DENIED** without prejudice.  To the

extent Alpha Yield would like to explain why it filed its motion through the *pro se*

office, Alpha Yield is directed to file a letter motion by **April 24, 2026.**

        **The Clerk of Court is respectfully requested to close Dkt. No. 164.**

        SO ORDERED.

DATED:      New York, New York
            April 17, 2026

                                          _____
                                          JENNIFER E. WILLIS
                                          United States Magistrate Judge