**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

Dr. Joseph Mercola, DO,
Plaintiff,

v.

VIIU Varghese, et al.,
Defendants.

Case No. 1:25-cv-04355-LAK-JW

May 26, 2026

Hon. Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**DOCKET**

The Court's decision on default will be issued in due course. As an LLC, Alpha Yield must obtain counsel to proceed in this case pursuant to 28 U.S.C. § 1654. Thus, if Alpha Yield seeks to be heard in this case, Alpha Yield must obtain attorney representation, who must then file an appearance on the record.

**The Clerk of Court is respectfully requested to close Dkt. No. 213.**

SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge
June 5, 2026

Re: Emergency Request for Relief Regarding Pending Default Judgment Proceedings as to Alpha Yield Capital, LLC

Dear Judge Kaplan:

I respectfully submit this letter regarding the pending default judgment proceedings against Alpha Yield Capital, LLC.

I am Bryan Robinson, member of Alpha Yield Capital, LLC. I am not an attorney and have attempted in good faith to respond to this matter after learning of the procedural posture of the case.

Alpha Yield Capital, LLC was never operational, never conducted business, never maintained financial accounts, and has no connection to the alleged conduct described in the Complaint. I do not know any of the named defendants and have never conducted business with Plaintiff or any defendant in this matter.

After learning that a Clerk's Certificate of Default had been entered, I prepared and submitted a Motion to Vacate Entry of Default, including supporting documents and sworn declaration, via email and certified mail to the Clerk's Office and to Plaintiff's counsel. I have since learned that the filing was not docketed, apparently because Alpha Yield Capital, LLC is an LLC and not permitted to proceed in the ordinary course without counsel.

I respectfully request that the Court consider my prior good-faith efforts to respond and avoid entry of default judgment before Alpha Yield Capital, LLC has had a meaningful opportunity to be heard or obtain limited counsel.

I further respectfully request that the Court temporarily stay or defer ruling on Plaintiff's motion for default judgment to permit a proper appearance and response regarding the mistaken inclusion of Alpha Yield Capital, LLC in this matter.

I apologize for any procedural deficiencies and respectfully submit that any failure to properly appear was not willful, but the result of misunderstanding federal procedural requirements applicable to LLCs.

Thank you for the Court's consideration.

Respectfully submitted,

Bryan Robinson
Member, Alpha Yield Capital, LLC
c/o IncFile.com
17350 State Hwy 249, Suite 220
Houston, TX 77064

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Dr. Joseph Mercola, DO,
Plaintiff,

v.

VIIU Varghese, et al.,
Defendants.

**Case No. 1:25-cv-04355-LAK-JW**

---

# MOTION TO VACATE ENTRY OF DEFAULT AND OPPOSE DEFAULT JUDGMENT

Defendant Alpha Yield Capital, LLC, by and through its member Bryan Robinson, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 55(c) to vacate the Clerk's Entry of Default and to oppose entry of default judgment. In support thereof, Defendant states: 1. The Clerk entered default against Alpha Yield Capital, LLC.

2. Alpha Yield Capital, LLC was never operational and never conducted business.

3. The entity has no connection to the allegations in this matter.

4. The failure to respond was not willful.

5. Defendant has a meritorious defense.

6. Plaintiff will suffer no prejudice if default is vacated.

7. Good cause exists under Rule 55(c). WHEREFORE, Defendant respectfully requests that the Court vacate the Clerk's Entry of Default, defer ruling on Plaintiff's Motion for Default Judgment, and permit Defendant an opportunity to properly appear and respond.

Dated: __5/27_____, 2026

Respectfully submitted,

Bryan Robinson
Member, Alpha Yield Capital, LLC
c/o IncFile.com
17350 State Hwy 249, Suite 220
Houston, TX 77064

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. JOSEPH MERCOLA, DO,
   Plaintiff,

v.

VIIU VARGHESE, MICHAEL PEARSON, JOHN EDWARD GLIHA;
BCUBE TECH, LLC d/b/a ALPHA YIELD;
AMPARO NORTH, LLC;
ROYAL AMPARO, DMC;
ALPHA YIELD CAPITAL, LLC;
JOHN DOE 1–10,
   Defendants.

Case No. 1:25-cv-04355-LAK-JW

# DECLARATION OF BRYAN ROBINSON

I, Bryan Robinson, declare as follows:

I am an adult resident of the United States and competent to make this declaration.

I am a member of Alpha Yield Capital, LLC, a Wyoming limited liability company.

**Alpha Yield Capital, LLC was never operational.** The company never conducted business, never offered products or services, never engaged in any transactions, and never generated revenue.

**Alpha Yield Capital, LLC never opened or maintained any bank accounts**, merchant accounts, payment processor accounts, cryptocurrency wallets, or other financial accounts of any kind.

**Alpha Yield Capital, LLC never conducted business with the plaintiffs**, and never conducted business with any other defendants named in this action.

I do not know, and have never had any relationship, communication, or dealings with any individual or entity named as a defendant in this lawsuit.

**Alpha Yield Capital, LLC was mistakenly named in this action** due to a similarity in name to other unrelated entities and the use of a common Wyoming registered agent.

The inclusion of Alpha Yield Capital, LLC in this lawsuit is factually incorrect and imposes an undue burden on an uninvolved and non-operational entity.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _April 6th_, 2026

**Bryan Robinson**
Member, Alpha Yield Capital, LLC

# MEMORANDUM OF LAW IN SUPPORT

Under Federal Rule of Civil Procedure 55(c), a court may set aside an entry of default for good cause. The Second Circuit considers: 1. Whether the default was willful;
2. Whether defendant has a meritorious defense;
3. Whether vacatur would prejudice plaintiff. See Enron Oil Corp. v. Diakuhara, 10 F.3d 90 (2d Cir. 1993). All factors favor vacatur. **1. The Default Was Not Willful**

Service was forwarded by the registered agent and received via FedEx on October 30, 2025. Defendant did not intentionally ignore the proceedings and did not understand federal procedural requirements applicable to LLCs. Upon learning of the seriousness of the default proceedings, Defendant acted promptly and repeatedly attempted to respond through filings, certified mail, and communications with the Clerk and Plaintiff's counsel. **2. Defendant Has a Meritorious Defense**

Alpha Yield Capital, LLC: - was never operational,
- never conducted business,
- never maintained financial accounts,
- never transacted with Plaintiff,
- and has no relationship with any named defendant. The entity appears to have been included due to similarity of name and use of a common registered agent. **3. Plaintiff Will Not Be Prejudiced**

No discovery or substantive litigation activity involving Alpha Yield Capital, LLC has occurred. Plaintiff will suffer no unfair prejudice if default is vacated and Defendant permitted to respond. The Second Circuit strongly disfavors default judgments and favors resolution on the merits. For these reasons, default should be vacated and default judgment denied or deferred.

# CERTIFICATE OF SERVICE

I certify that on ___*April 6th*___, 2026, I served a copy of this Motion to Vacate Entry of Default and 'Oppose'Default Judgment via email and/or certified mail upon: Daniel J. Hurteau dhurteau@nixonpeabody.com

Eric S. Montalvo
emontalvo@fedpractice.com

Bryan Robinson

Certified Letter Sent
to Clerk of Court for
Motion of Default on
4/6/26





**UNITED STATES POSTAL SERVICE.**

KILLEN
1650 HIGHWAY 72
KILLEN, AL 35645-9141
www.usps.com

04/06/2026                                    12:24 PM

TRACKING NUMBERS
9589 0710 5270 2605 8976 24

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | | Price |
|---|---|---|
| First-Class M. Letter | 1 | $1.07 |

New Yor    NY 10007
lb 1.10 o.
ated Delivery Date
Fri 04/10/2026
Certified Mail®
Tracking #:                              $5.30
9589 0710 5270 2605 8976 24

Total                                    $6.37

Grand Total:                             $6.37

Credit Card Remit
Card Name: VISA                          $6.37
Account #: XXXXXXXXXXXX6019

# PROPOSED ORDER

The Court having considered Defendant Alpha Yield Capital, LLC's Motion to Vacate Entry of Default and Oppose Default Judgment, and good cause appearing, it is hereby: ORDERED that the Clerk's Entry of Default is VACATED; and it is further ORDERED that Plaintiff's Motion for Default Judgment is DENIED or DEFERRED; and it is further ORDERED that Defendant shall have 14 days to properly appear and respond. SO ORDERED. Dated: _____

New York, New York _____

United States District Judge

CERTIFIED MAIL

9589 0710 5270 2605 8993 83

Retail

BIRMINGHAM AL 35

28 MAY 2026 AM 5 L



UNITED STATES
POSTAL SERVICE

10007

U.S. POS
FCM LET
KILLEN A
MAY 2

$6.3

S2324P

RDC 99

Judge Kaplan's Chambers
Hon. Lewis A. Kaplan
United States District Judge
500 Pearl Street
New York, NY 10007

USM P3
SDNY

RECEIVED
JUN 0 2 2026
JUDGE KAPLAN'S CHAMBERS

10007-131608