**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MERCOLA,

Plaintiff,

-against-

VARGHESE *et al.*,

Defendants.

---------------------------------------------------------------X

**ORDER**

**25-CV-4355 (LAK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of a motion to dismiss Plaintiff's First Amended Complaint by Defendants Michael Pearson ("Pearson") and BCube Tech, LLC ("BCube") (collectively, "BCube Defendants"). See Dkt. Nos. 52–55, 71–72, 74–76, 77.

Plaintiff has until **July 17, 2026** to provide the Court with his position regarding whether the civil RICO and unjust enrichment claims should be dismissed *sua sponte* against the non-moving Defendants. See Aetna Cas. And Sur. Co. v. Aniero Concrete Co., Inc., 404 F.3d 566, 591 (2d Cir. 2005) (deficiently pleaded claims can be dismissed "*sua sponte*, for failure to state a claim, as to non-moving defendants"); accord Wachtler v. County of Herkimer, 35 F.3d 77, 82 (2d Cir 1994). Plaintiff's motion shall be no more than 5 pages double spaced.

SO ORDERED.

DATED: New York, New York
July 6, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge