**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

MERCOLA,

Plaintiff,

-against-

VARGHESE *et al.*,

Defendants.

-----------------------------------------------------------------X

**ORDER**

**25-CV-4355 (LAK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's motion to withdraw as counsel at Dkt. No. 219 and BCube Defendants' letter motion to quash Plaintiff's third-party subpoena at Dkt. No. 220.

**A. Plaintiff's motion to withdraw**

A video conference regarding Plaintiff's motion will be held on **July 23, 2026 at 10:30 AM**. The conference will be on Microsoft Teams via this link. Attorneys of record will also be sent an invite. Counsel for Plaintiff is ordered to ensure that Plaintiff Mercola is present at the conference.

Further, out of the avoidance of doubt, Plaintiff's counsel is obligated to comply with the Court's order directing Plaintiff to provide his position regarding whether the civil RICO and unjust enrichment claims should be dismissed *sua sponte* against the non-moving Defendants by **July 17, 2026**. Dkt. No. 218.

**B. Defendants' letter motion to quash at Dkt. No.**

Because the parties have not yet engaged in a Rule 26(f) conference and the Court has not yet issued a case management plan in this action, discovery has not

commenced. As such, Defendants' request to quash Plaintiff's subpoena to Google is **GRANTED**.

**The Clerk of Court is respectfully requested to close Dkt. No. 220.**

SO ORDERED.

DATED: New York, New York
July 16, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge