# Merle, Brown & Nakamura, P.C.

Attorneys at Law

18 East 41st Street, Suite 802
New York, New York 10017

PIERRE F.V. MERLE +
GEORGE R. BROWN V
STEPHEN H. NAKAMURA
SCOTT K. MCCLAIN ^


Request GRANTED. The video conference is adjourned to **July 20, 2026 at 2:30 PM**. Plaintiff's counsel is again directed to ensure that Plaintiff Mercola attends the conference. SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge
July 17, 2026

**VIA ECF**

July 16, 2026

Hon. Jennifer E. Willis, U.S.M.J.
United States District Court, S.D.N.Y.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 228
New York, NY 10007

**Re:** ***Mercola v. Varghese, et al.*****, Case No. 1:25-cv-04355 (LAK)(JW)**
**Request for Adjournment of Video Conference or, in the Alternative, Excusal from Appearance**

Dear Judge Willis:

We are the attorneys for defendants BCube Tech, LLC and Michael Pearson (collectively, "Defendants"). Reference is made to Your Honor's Order of earlier today (ECF No. 221), in which the Court scheduled a video conference for July 23, 2026 at 10:30 a.m. with respect to Plaintiff's counsel's motion to withdraw.

On behalf of Defendants, I respectfully request an adjournment of the conference to any of the following dates and times: (i) July 20th (at any time); (ii) July 21st (prior to 11:00 a.m.); (iii) July 22nd (prior to 10:00 a.m.); (iv) July 23rd (after 1:00 p.m.); or (v) July 24th (at any time).

The reason for this request is that I will be dropping my daughter off at summer camp in Colchester, Vermont at 10:00 a.m. on July 23rd, and will be driving to Vermont on July 22nd. In addition, I have a bench trial scheduled for 2:15 p.m. in Bronx County Civil Court on July 21st.

At approximately 2:30 p.m. today, I emailed counsel for Plaintiff requesting their consent to an adjournment of the conference and inquiring whether certain of the above dates and times were acceptable. I asked that they respond promptly given my desire to make this request sooner rather than later. As of the writing of this letter, I have received no response from Plaintiff's counsel.

Defendants do not oppose Plaintiff's counsel's motion to withdraw, provided that any withdrawal be conditioned on Plaintiff's counsel first: (i) producing to all parties any documents or information already received in response to any third-party subpoena; and (ii) identifying all third parties upon whom subpoenas have been served and producing fully unredacted copies of any such

subpoenas. As Defendants' position with respect to the motion to withdraw is fully set forth herein, in the alternative, should the Court be unable to adjourn the video conference, I respectfully request that I be excused from appearing at the July 23rd video conference.

Respectfully submitted,

Stephen Nakamura