**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
MERCOLA,

Plaintiff,

-against-

VARGHESE *et al.*,

Defendants.
---------------------------------------------------------------X

**ORDER**

**25-CV-4355 (LAK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Counsel for the parties, as well as Plaintiff Mercola, appeared before the Court for a video conference on July 20, 2026 regarding Plaintiff's counsel's motion to withdraw at Dkt. No. 219. Shortly before the conference, Plaintiff's new counsel, Joshua Siegel, filed a notice of appearance. Because Plaintiff has already retained new counsel, Plaintiff's outgoing counsel's (from Federal Practice Group, LLP and Nixon Peabody LLP) request to withdraw is **GRANTED**.

Further, because there are no pending deadlines for the parties to complete and Plaintiff has already retained counselor Siegel, Plaintiff's request to stay the case is **DENIED**.

Lastly, it has come to the Court's attention that outgoing counsel for Plaintiff issued subpoenas to third-parties before discovery commenced in this case. To the extent subpoenas were issued, outgoing counsel must apprise counselor Siegel and Defendants of the subpoena and any productions received.

**The Clerk of Court is respectfully requested to close Dkt. No. 219. The Clerk of Court is also directed to terminate Federal Practice Group and Nixon Peabody LLP as counsel for Plaintiff on the docket.**

SO ORDERED.

DATED: New York, New York
July 20, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge