USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/23/2026

SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ x
DR. JOSEPH MERCOLA, DO,

Plaintiff,

-against-

25-cv-4355 (LAK)

VIJI VARGHESE, et al.,

Defendants.
------------------------------------------ x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

This Court recently dismissed this action as to defendants Michael Pearson and BCube Tech, LLC, for failure to state a claim upon which relief may be granted and want of personal jurisdiction. In addition, it dismissed the civil RICO and unjust enrichment claims (i.e., the tenth and eighth claims for relief) against all defendants for failure to state a claim upon which relief may be granted. (Dkt 231)

Now before the Court are plaintiff's motions for default judgments against defendants Viji Varghese, John Edward Gliha a/k/a John J. Singleton, Amparo North, LLC and Alpha Yield Capital, LLC (collectively, "Moving Defendants"). As the Court has dismissed the first amended complaint as to Pearson and BCube Tech, and in the exercise of discretion, the plaintiff's motions for default judgments (Dkts 167, 174, 181 and 196) all are **DENIED.** *See, e.g., RSM Prod'n Corp. v. Fridman,* 387 Fed. Appx. 72, 75 (2d Cir. 2010) ("Because the action was properly dismissed as to the appearing defendants, we cannot conclude that the district court abused its discretion in declining to enter default judgments against the non-appearing defendants."); 10A FEDERAL PRACTICE AND PROCEDURE: CIVIL (Wright & Miller) § 2690 (4th ed. Apr. 2026 update).

SO ORDERED.

Dated: September 23, 2026

Lewis A. Kaplan
United States District Judge