USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
JOSEPH MERCOLA,

Plaintiff,

-against-

25-cv-4355 (LAK-JW)

VIJI VARGHESE., *et al.*,

Defendants.
------------------------------------------- x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

No clarification of the Court's September 4, 2026 Memorandum Opinion (Dkt 231) is warranted. Without implying whether any renewed motions for default judgment will or will not be permitted, any such motions shall be untimely unless filed no later than November 16, 2026.

SO ORDERED.

Dated: October 5, 2026

Lewis A. Kaplan
United States District Judge