Case 1:25-cv-04355-LAK-JW Document 239-1 Filed 11/16/26 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-17-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DR. JOSEPH MERCOLA, DO,

Plaintiff,

-against-

VIJI VARGHESE;
JOHN EDWARD GLIHA;
AMPARO NORTH, LLC;
ROYAL AMPARO, DMCC; and
ALPHA YIELD CAPITAL, LLC

Defendants.

Case No. 1:25-cv-04355-LAK-JW

Judge Lewis A. Kaplan

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS VIJI VARGHESE; JOHN EDWARD GLIHA a/k/a JOHN J. SINGLETON; ROYAL AMPARO, DMCC; AMPARO NORTH, LLC; AND ALPHA YIELD CAPITAL, LLC**

Upon Plaintiff's motion for entry of default judgment against Defendants Viji Varghese; John Edward Gliha a/k/a John J. Singleton; Royal Amparo, DMCC; Amparo North, LLC; and Alpha Yield Capital, LLC (the "Defaulting Defendants") pursuant to Federal Rule of Civil Procedure 55(b), and upon the accompanying Memorandum of Law, the Declarations of Mitchell R. Schrage and Dr. Joseph Mercola, DO and the exhibits thereto, the Statement of Damages, and all prior pleadings and proceedings in this action; and the Court having found that each Defaulting Defendant was duly served, failed to appear, plead, or otherwise defend, and that the Clerk entered a Certificate of Default against each; and that the well-pleaded allegations of the First Amended Complaint establish the Defaulting Defendants' liability as a matter of law; it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. Plaintiff's Renewed Motion for Default Judgment as to the Defaulting Defendants is **GRANTED**;

2. Judgment is entered in favor of Plaintiff Dr. Mercola and against Defendants Viji Varghese; John Edward Gliha a/k/a John J. Singleton; Royal Amparo, DMCC; Amparo North, LLC; and Alpha Yield Capital, LLC, jointly and severally, on the remaining claims asserted against each of them in the First Amended Complaint;

3. Plaintiff is awarded damages in the amount of ~~not less than~~ $10,060,200.00, representing the value of 3,353.4 ETH at the time Plaintiff transferred that cryptocurrency to Defendant Viji Varghese, less the value of the 0.137 BTC returned on December 3, 2024, against the Defaulting Defendants jointly and severally;

4. Plaintiff is awarded prejudgment interest on that amount from February 15, 2025, through the date of entry of this Judgment, at the rate of 9% per annum under N.Y.C.P.L.R. §§ 5001 and 5004;

~~5. Plaintiff is granted leave to submit his costs pursuant to Federal Rule of Civil Procedure 54(d)(1);~~

~~6. The Court retains jurisdiction to enforce the terms of this Judgment; and~~

7. The Clerk of Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

Dated: 11/17, 2026
New York, New York

Hon. Lewis A. Kaplan
United States District Judge