**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

DR. JOSEPH MERCOLA, DO,

Plaintiff,

-against-

25 **CIVIL** 4355 (LAK) (JW)

**DEFFAULT JUDGMENT**

VIJI VARGHESE; JOHN EDWARD GLIHA; AMPARO NORTH, LLC; ROYAL AMPARO, DMCC; and ALPHA YIELD CAPITAL, LLC,

Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 17, 2026, Plaintiff's Renewed Motion for Default Judgment as to the Defaulting Defendants is GRANTED. Accordingly, judgment is entered in favor of Plaintiff Dr. Mercola and against Defendants Viji Varghese; John Edward Gliha a/k/a John J. Singleton; Royal Amparo, DMCC; Amparo North, LLC; and Alpha Yield Capital, LLC, jointly and severally, on the remaining claims asserted against each of them in the First Amended Complaint. Plaintiff is awarded damages in the amount of $10,060,200.00, representing the value of 3,353.4 ETH at the time Plaintiff transferred that cryptocurrency to Defendant Viji Varghese, less the value of the 0.137 BTC returned on December 3, 2024, against the Defaulting Defendants jointly and severally. Plaintiff is also awarded prejudgment interest on that amount from February 15, 2025, through the date of entry of this Judgment, at the rate of 9% per annum under N.Y.C.P.L.R. §§ 5001 and 5004 in the amount of $1,590,062.84.

**Dated:** New York, New York

November 18, 2026

TAMMI M. HELLWIG

Clerk of Court

BY:

Deputy Clerk